IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CARL LYNN BINION | § | |
| VS. | § | CIVIL ACTION NO.  1:05cv650 |
| R. CHILDRESS | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding,

and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED**.  All

motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 16 day of **November, 2005.**


Thad Heartfield
United States District Judge